UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

THE ESTATE OF VINCENT ROBERT,
UNCZUR, PAUL M. LONGERETTA AND
HEIDI WERNER AS CO-ADMINISTRATORS
OF THE ESTATE OF VINCENT ROBERT
UNCZUR, HEIDI WERNER AS LEGAL
GUARDIAN OF THE PROPERTY OF
VRU, JR., AN INFNAT

      *Plaintiffs,*

vs.

EATON CORPORATION, et al.

      *Defendants.*

---

EATON CORPORATION, et al.

      *Third-Party Plaintiff,*

vs.

FEHER RUBBISH REMOVAL, INC.

      *Third-Party Defendant.*

---

CASE NO.
5:12-cv-01367-TJM:DEP

JUDGE
THOMAS J. McAVOY

MAGISTRATE JUDGE
DAVID E. PEEBLES

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV 10 2015
AT_____ O'CLOCK
Lawrence K. Bierman, Clerk - Binghamton

## LOCAL RULE 41.3 STIPULATION OF DISMISSAL

IT IS HEREBY STIUPLATED AND AGREED, by and between the undersigned attorneys of record for the parties herein that all claims and cross-claims against Defendants Marathon Equipment Co. and Feher Rubbish Removal, Inc. be dismissed in their entirety, with prejudice. Defendants Marathon Equipment Co., and Feher Rubbish Removal, Inc. also hereby dismiss any/all pending cross-claims and third party

complaints, if any, against all parties, with prejudice. Each party is to bear their own costs, fee and expenses.

Dated: September 25, 2015

_____
David A. Longeretta, Esq.
LONGERETTA LAW FIRM
*Attorney for Plaintiffs*
298 Genesee Street
Utica, New York 13502
Tel: (315) 735-6162
Fax: (315) 735-0911

_____
Gregg A. Starczewski, Esq.
*Attorney for Plaintiffs*
508 Seneca Street
Utica, New York 13502
Tel: (315) 731-8710
Fax: (315) 733-3125

_____
Kathleen Sassani
SUGARMAN LAW FIRM, LLP
*Attorney for Defendant Marathon Equipment Co.*
211 W. Jefferson Street
Syracuse, New York 13202-2455
Tel: (315) 474
Fax: (315) 474-0235

_____
Kristin L. Norfleet, Esq.
SMITH SOVIC KENDRICK & SUGNET P.C.
*Attorney for Third-Party Defendant*
*Feher Rubbish Removal*
250 South Clinton Street, Suite 600
Syracuse, New York 13202
Tel: (315) 474-2911
Fax: (315) 474-6015

SO ORDERED.

Dated: November 10, 2015

_____
Hon. Thomas J. McAvoy, SUSDJ